# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Larry Norwood, | ) | Case No. 1:18-cr-062 |
| Defendant. | ) | |

The Defendant is in custody awaiting trial. He is being housed at the Burleigh Morton Detention Center. On May 10, 2019, he filed a Motion for Miscellaneous Relief. He requests to be transferred to a different facility that can better address his food allergies and accommodate his dietary restrictions. He also requests a hearing on this matter.

Housing assignments are within the United States Marshal's exclusive control. Thus, the Court cannot dictate the facility at which the Defendant will be held held pending trial. The most the Court can do is alert the Marshal of the Defendant's food allergies. Accordingly, the Court shall forward the Defendant's dietary concerns to the Marshal as he bears responsibility for the Defendant's health and welfare while in federal custody. The Defendant's Motion for Miscellaneous Relief (Doc. No. 36) is **DENIED**. His request for a hearing (Doc. No. 37) is deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 13th day of May, 2019.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court