IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY NORWOOD,<br><br>Defendant. | Case No. 1:18-cr-62<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

The United States of America, by Drew H. Wrigley, United States Attorney for the District of North Dakota, Jennifer Klemetsrud Puhl, Assistant United States Attorney, and, Dawn M. Deitz, Assistant United States Attorney, has no objections or corrections to the Presentence Investigation Report in this case. (Doc. 84.)

Dated: October 9, 2020

DREW H. WRIGLEY
United States Attorney


By: */s/ Jennifer Klemetsrud Puhl*
JENNIFER KLEMETSRUD PUHL
Assistant United States Attorney
ND Bar ID 05672
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
jennifer.puhl@usdoj.gov
Attorney for United States


By: */s/ Dawn M. Deitz*
DAWN M. DEITZ
Assistant United States Attorney
ND Bar ID 06534

655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
dawn.deitz@usdoj.gov
Attorney for United States