UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal No. 1:18-cr-062-1 |
| vs. | ) ) ) | DEFENDANT'S |
| LARRY NORWOOD, | ) ) | SENTENCING MEMORANDUM |
| Defendant, | ) ) | |

[¶ 1]. **COMES NOW,** Defendant Larry Norwood, by and through undersigned counsel, and hereby reserves and reasserts his previously submitted objections to the Presentence Investigation Report in this case. (Doc. 84.)

[¶ 2]. Dated: October 13, 2020.

*/S/ Nicholas Thornton*
Nicholas D. Thornton (ND # 06210)
*FREMSTAD LAW FIRM*
P.O. Box 3143
Fargo, ND 58108-3143
Telephone: (701) 478-7620
Facsimile: (701) 478-7621
E-Service: nick@fremstadlaw.com
ATTORNEY FOR DEFENDANT